**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| MARC BEVAND,<br>    Plaintiff(s),<br><br>v.<br><br>BF LABS INC., ET AL.,<br>    Defendant(s). | )<br>)<br>)<br>) Case No. 4:16-cv-01115-FJG<br>)<br>)<br>) |

## **JUDGMENT IN A CIVIL CASE**

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

Defendants' Motion to Dismiss is GRANTED. Count I (RICO Count) is DISMISSED WITH PREJUDICE. The remaining state law claims are DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Motion to Dismiss is GRANTED.


| | |
|---|---|
| September 26, 2017<br>Dated | Paige Wymore-Wynn<br>Clerk of Court |
| September 26, 2017<br>Entered | /s/ Rhonda Enss<br>(by) Deputy Clerk |